IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JEREMY M. BRINKER and<br>ARTHUR J. MORRISSETTE,<br><br>        Plaintiffs,<br><br>vs.<br><br>WILLIAM ROBERT NAMCHEK<br>d/b/a WRN TRUCKING,<br><br>        Defendant. | Case No. 07-C-0669-C |

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-entitled matter, by their respective counsel, as follows:

1. <u>Judgment in Favor of Jeremy M. Brinker</u>. The Court may enter judgment, without further notice, in favor of plaintiff Jeremy M. Brinker in the amount of thirty thousand dollars ($30,000.00), which shall be inclusive of all costs and attorneys fees.

2. <u>Judgment in Favor of Arthur J. Morrissette</u>. The Court may enter judgment, without further notice, in favor of plaintiff Arthur J. Morrissette in the amount of five thousand dollars ($5,000.00), which shall be inclusive of all costs and attorneys fees.

3. <u>Resolution of All Issues</u>. The aforementioned judgments shall resolve all of the claims of the plaintiffs, including their claims for attorneys fees and costs, and also including those claims which were not resolved in the Court's Opinion and Order of September 18, 2008, all of which maybe dismissed on the merits, with prejudice.

4. <u>Enforcement of Judgments</u>. Enforcement of the judgments provided for herein shall be governed by a Settlement Agreement and Mutual Release between the parties. The parties understand and agree that the District Court will not retain jurisdiction for purposes of enforcement of said judgments.

| PLAINTIFFS: | DEFENDANT: |
|---|---|
| JEREMY M. BRINKER | WILLIAM ROBERT NAMCHEK |
| ARTHUR J. MORRISSETTE | d/b/a WRN TRUCKING |

By: _____ 10-2-08
Richard A. Westley, Their Attorney
Westley Law Offices, S.C.
7633 Ganser Way, Suite 100
Madison, Wisconsin 53719
(608) 829-2981
State Bar No. 1013986

By: _____
Terry L. Moore, His Attorney
Herrick & Hart, S.C.
116 West Grand Avenue
P. O. Box 167
Eau Claire, Wisconsin 54702
(715) 832-3424
State Bar No. 1019003

## ORDER

Based on the foregoing Stipulation

<u>IT IS ORDERED</u>

1. The clerk shall enter judgment in favor of plaintiff Jeremy M. Brinker and against the defendant in the amount of thirty thousand dollars ($30,000.00) inclusive of all costs and attorneys fees.

2. The clerk shall enter judgment in favor of plaintiff Arthur J. Morrissette and against the defendant in the amount of five thousand dollars ($5,000.00) inclusive of all costs and attorneys fees.

-3-

3. All claims of the plaintiffs which were not resolved by the Court's Opinion and Order of September 18, 2008 are hereby dismissed on the merits, with prejudice.

Entered at Madison, Wisconsin this 24th day of October, 2008.

BY THE COURT:

_____
Hon. Stephen L. Crocker, Magistrate Judge
United States District Court
Western District of Wisconsin