IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY M. BRINKER and
ARTHUR J. MORRISSETTE,

        Plaintiffs,

vs.

WILLIAM ROBERT NAMCHEK
d/b/a WRN TRUCKING,

        Defendant.

Case No. 07-C-0669-C

**JUDGMENT**

Based on the court's Order entered October __24__, 2008:

IT IS ADJUDGED, that plaintiff Jeremy M. Brinker, who resides at E2430 1037th Avenue, #306, Boyceville, Wisconsin 54751 shall recover from defendant William Robert Namchek, doing business as WRN Trucking, whose address is 2405 State Highway 29, Elk Mound, Wisconsin 54739, the sum of **thirty thousand dollars ($30,000.00)** inclusive of all costs and attorneys fees.

Dated: OCT 27 2008

BY THE COURT:

_____
Clerk of Court