IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY M. BRINKER and
ARTHUR J. MORRISSETTE,

      Plaintiffs,

vs.

WILLIAM ROBERT NAMCHEK
d/b/a WRN TRUCKING,

      Defendant.

Case No. 07-C-0669-C

**JUDGMENT**

Based on the court's Order entered October __24__, 2008:

IT IS ADJUDGED, that plaintiff Arthur J. Morrissette, who resides at E3965 850th Avenue, Menomonie, Wisconsin 54751 shall recover from defendant, William Robert Namchek, doing business as WRN Trucking, whose address is 2405 State Highway 29, Elk Mound, Wisconsin 54739, the sum of **five thousand dollars ($5,000.00)** inclusive of all costs and attorneys fees.

Dated: __OCT 2 7 2008__

BY THE COURT:

_____
Clerk of Court